# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 11-744 (WHW) |
| SANTIAGO SOLANO-HERNANDEZ | : **<u>CONTINUANCE ORDER</u>** |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Mala Ahuja Harker, Assistant U.S. Attorney), and defendant Santiago Solano Hernandez (by Lorraine Gauli-Rufo, Esq.) for an order granting a continuance of the proceedings in the above-captioned matter for a period of 90 days to allow the parties to conduct plea negotiations, and no continuance having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that he has the right to have the matter tried within seventy days of the date of his arraignment pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the continuance and waived such right, and for good cause shown,

It IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render a trial of this matter unnecessary;

(2) Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 21 day of November, 2011,

ORDERED that this action be, and it hereby is, continued for a period of 90 days from November 15, 2011 through and including February 15, 2011; and it is further

ORDERED that the period from November 15, 2011 through and including February 15, 2011 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE WILLIAM H. WALLS
UNITED STATES DISTRICT JUDGE

Form and entry
consented to:

_____
Mala Ahuja-Harker
Assistant U.S. Attorney

_____
Lorraine Gauli-Rufo, Esq.
Counsel for defendant Lawrence J. Brown

2